UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. AIDAN FORSYTH,  Plaintiff-Relator,  v.  GOLDEN WOLF, LLC, d/b/a GOLDENWOLF, LOBO DORADO LLC, SABRINA GOLDEN WOLFERSBERGER, MICHAEL TRENT WOLFERSBERGER, and RYAN BREDAHL,  Defendants. | No. 8:24-cv-1164-MSS-NHA  NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

**NOTICE IS HEREBY GIVEN** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), that Plaintiff/Relator Aidan Forsyth voluntarily dismisses this action as to all Defendants without prejudice. This dismissal is also without prejudice as to the claims of the United States.

Counsel for Relator has conferred with counsel for the United States, who has advised that the Government consents to this dismissal, and will presently file its written consent pursuant to 28 U.S.C. § 3130(b)(1).

DATE: August 6, 2025

                                                **SPIRO HARRISON & NELSON**

                                                *Michelle C. Clerkin*
                                                Michelle C. Clerkin, Esq.
                                                Florida Bar No. 1045076
                                                mclerkin@shnlegal.com

1111 Lincoln Road, Suite 500
Miami Beach, Florida 33139
Telephone: (786) 841-1181

*Attorneys for Relator*