# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**
                      Plaintiff,

**ex rel.**
**AIDAN FORSYTH,**
                      Relator,

v.                                                     No. 8:24-cv-1164-MSS-NHA

**GOLDEN WOLF LLC, d/b/a GOLDENWOLF,**
**LOBO DORADO, LLC,**
**SABRINA GOLDEN WOLFERSBERGER,**
**MICHAEL TRENT WOLFERSBERGER,**
**and RYAN BREDAHL,**
**Defendants.**
_____/

## NOTICE OF CONSENT TO VOLUNTARY DISMISSAL

On August 6, 2025, Relator filed a Notice of Voluntary Dismissal of this action. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal of this action so long as it is without prejudice to the rights of the United States.

August 15, 2025                                    Respectfully submitted,

                                                        **GREGORY W. KEHOE**

                                                        United States Attorney

                                                        */s/ Charles T. Harden, III*
                                                        **CHARLES T. HARDEN III**
                                                       Assistant United States Attorney

        Florida Bar No. 97934
        400 North Tampa Street, Suite 3200
        Tampa, Florida 33602
        Tel: (813) 301-3075
        Fax: (813) 274-6200
        Email: Charles.Harden@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 15, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to all CM/ECF participants.

        By:   */s/ Charles T. Harden, III*
                  **CHARLES T. HARDEN III**
                  Assistant United States Attorney